JOHN SHANAHAN v. CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA
RAILWAY COMPANY.[1]

April 30, 1896.

Nos. 9775—(44).

**Appeal—Order Granting New Trial.**
The rule laid down in Hicks v. Stone, 13 Minn. 398 (434), followed.

Appeal by plaintiff from an order of the district court for Blue
Earth county, Severance, J., granting a motion for a new trial,
after a verdict in favor of plaintiff for $2,000. Affirmed.

*Hughes, Rice & Hughes* and *A. R. Pfau*, for appellant.
*Lorin Cray*, for respondent.

BUCK, J. After a careful examination of all the evidence in
this case, we conclude that it comes within the rule laid down in
Hicks v. Stone, 13 Minn. 398 (434), which is followed.

Order affirmed.